```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS E. VELASQUEZ,

                Plaintiff,

-against-

1501 UNDERCLIFF ASSOCIATES LLC and RESIDENTIAL MANAGEMENT (NY), INC.,

                Defendants.

24-CV-00341 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    On March 12, 2024, the Court referred this case to the Court-annexed Mediation Program. Dkt. No. 20. In light of the mediation referral, all dates and deadlines, including Defendants' time to respond to the Complaint, are adjourned *sine die*, and this case is hereby STAYED. The parties shall file a letter on the status of mediation no later than **60 days** from the date of this Order.

Dated: March 13, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge