USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/7/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

LUIS E. VELASQUEZ,

                Plaintiff,

           -against-

1501 UNDERCLIFF ASSOCIATES LLC and
RESIDENTIAL MANAGEMENT (NY), INC.,

                Defendant.
------------------------------------------------------------------------X

Case No.  24 Civ. 0341
(ALC)(GWG)

JUDGEMENT

On February 7, 2025, Plaintiff Luis E. Velasquez filed a notice of acceptance pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Now, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, Luis E. Velasquez, has a judgment against 1501 Undercliff Associates LLC and Residential Management (NY), Inc., jointly and severally, in the amount of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00) which is inclusive of interest, attorneys' fees and costs.

Dated: ___February 7___, 2025

SO ORDERED

_____
MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE